# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MELANIE BRANCATO[1], )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, ACTING )<br>COMMISSIONER OF SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>Defendant. ) | Civil Action No. 8:12-cv-2930 DCN<br><br><br><br>**ORDER** |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on June 10, 2014. Defendant filed a response on June 26, 2014, stating that she does not object to an award in the amount of $4,693.50 in attorney's fees and $373.00 for costs and expenses under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $4,693.50 in attorney's fees and $373.00 for costs and expenses under EAJA.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

June 27, 2014
Charleston, South Carolina

---

[1] On March 27, 2014, Melanie Brancato was ordered to be substituted as claimant in this action, which originated with Daniel R. Lockwood as the claimant (Dkt. 31).